Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHRUNGI LLC, | § | CASE NO. 21-40166-btr |
| | § | Chapter 11 |
| Debtor. | § | |

**FIRST AND FINAL APPLICATION TO APPROVE PAYMENT
OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 660 N CENTRAL EXPRESSWAY, PLANO, TEXAS 75074, BEFORE CLOSE OF BUSINESS WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF. ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW, Joyce W. Lindauer Attorney, PLLC, counsel for Debtor in the above-styled and numbered case and files this its First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel, and in support thereof respectfully shows the Court the following:

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 1

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and 1334, and 11 U.S.C. §§ 331 and 330.

2. On February 1, 2021 (the "Petition Date"), Debtor commenced this bankruptcy case (the "Bankruptcy Case") by filing its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

3. An order was entered authorizing the employment of Debtor's counsel.

4. Counsel has provided legal services to the Debtor and incurred expenses since its employment totaling $21,211.25. The fees and expenses incurred for the services represent actual, necessary services rendered by Counsel for the benefit of the Debtor's estate and its creditors.

5. This Application covers the time period for Joyce W. Lindauer Attorney, PLLC from February 1, 2021 through December 13, 2021, plus limited time spent in preparation of this application. A detailed statement of the services performed by Joyce W. Lindauer and others who worked with her and for the Debtor and the estate during this period, together with the listing of persons who devoted time during this period, along with the billing rates of such individuals is attached hereto and incorporated as **Exhibit "A"**. These statements show the date that services were rendered, the nature of the services rendered, by whom such services were rendered, and the time required for the performance of such services. During this period of time, Applicant has rendered professional services and incurred out-of-pocket expenses on behalf of the Debtor and the estate as follows:

|  | Hours Spent | Fees Billed | Expenses | Total |
|---|---|---|---|---|
| Attorneys and Staff | 76.6 | $19,267.00 | $1,944.25 | $21,211.25 |

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 2

This Application seeks approval of all fees for services rendered and reimbursement of expenses incurred during the periods stated herein. The expenses are also detailed in the exhibit attached hereto.

6. The hourly rates specified in **Exhibit "A"** are reasonable, considering the nature of the services performed, and the experience of the persons rendering such service. Rates charged for expenses are reasonable, with photocopies at $.20 per copy and with all other expenses at their actual costs. Applicant was paid a retainer of $6,750.00 and, of this amount $1,738.00 was paid for filing fees.

## REQUEST FOR COMPENSATION

7. Pursuant to the decisions of the United States Court of Appeals for the Fifth Circuit in In re First Colonial Corp., 554 F.2d 1291 (5th Cir. 1977), and Johnson v. Georgia Highway Express, Inc., 488 F.2d 741 (5th Cir. 1974), Applicant requests the Court consider the following factors in determining the amount of compensation as reasonable for Applicant's services in this case.

A. Time and Labor Required:

The Applicant has expended 76.6 hours during the stated period in performing services for the Debtor and the estate in connection with these proceedings.

B. Novelty and Difficulty of Issues:

In the case, the work performed by the Applicant included, but was not limited to, assisting the Debtor in performing its duties, including working on the general administration of the case, preparing numerous pieces of correspondence, working on motions, obtaining approval of a disclosure statement and also confirmation of a plan.

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 3

C. <u>The Requisite Skill to Perform Services Properly</u>:

Applicant has the skill to complete the required tasks. Applicant is an experienced bankruptcy attorney. Joyce Lindauer has practiced in the area of bankruptcy law for over thirty (30) years.

D. <u>Preclusion from Other Employment</u>:

Applicant's work for the estate consumed a significant portion of Applicant's time, as more fully described in this Application. The Applicant has been unable to specifically estimate the amount of business that it has been precluded from accepting because of its involvement in the case.

E. <u>Customary Fees</u>:

The Applicant is applying for compensation for fees and expenses that reflect customary billing rates in matters of this kind. The hourly rates charged for performing services are below the range of those customarily charged by many other law firms in the Dallas and Fort Worth metropolitan area and are below the rates being charged by many lawyers practicing bankruptcy law with far fewer years of experience.

F. <u>Fee Fixed or Contingent</u>:

The fees for the Applicant's services were calculated on an hourly basis for actual time spent on the cases. Time would be billed after confirmation based on standard hourly rates for the persons performing such services.

G. <u>Time Limitations Imposed by the Client and Other Circumstances</u>:

The Applicant worked diligently to get a plan approved in this case.

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 4

H. <u>Experience, Reputation and Ability</u>:

Applicant has worked in the area of bankruptcy law for many years and has extensive experience in this area. The above analysis and the narrative entries in **Exhibit "A"** demonstrate the services rendered by Applicant for the Debtor and the estate for which compensation is appropriate.

WHEREFORE, PREMISES CONSIDERED, the Applicant, Joyce W. Lindauer Attorney, PLLC, respectfully requests this Honorable Court to allow this Application in the sum of $21,211.25 in compensation for professional fees and expenses in connection with these proceedings as an allowed administrative claim in this estate pursuant to 11 U.S.C. § 503(b)(1)(A) and §507(a)(1), less the retainer received for a net allowance of $14,461.25, and that Applicant have such other and further relief, in law or equity, to which it may show itself justly entitled.

Dated: March 1, 2022.

*Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the United States Trustee and the parties on the attached service list.

*Joyce W. Lindauer*
Joyce W. Lindauer

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 5

**EXHIBIT "A"**
FEE APPLICATION DATA AND SUMMARIES
2/24/2022

| I. GENERAL INFORMATION | |
|---|---|
| Debtor/Client | Shrungi LLC |
| Case Number | 21-40166 |
| District / Division | Eastern / Sherman |
| Fee Application Type (interim/final) | Final |
| Interim Fee Application Number (if applicable) | n/a |
| Date of Retention | 2/1/2021 |
| Date of Order Granting Application to Employ | 3/2/2021 |
| Time Period Covered | 02/01/2021 through 12/13/2021 |
| Applicant | Joyce W. Lindauer Attorney, PLLC |
| Capacity | Debtor's Attorney |

| II. CASE HISTORY | |
|---|---|
| Date Filed | 2/1/2021 |
| Chapter Under Which Case Was Commenced | 11 |
| Date Confirmed | 12/13/2021 |
| Effective Date | 1/12/2022 |
| Anticipated Distribution to Creditors: | |
| A. Administrative Expenses | 100% |
| B. Secured Creditors | 100% |
| C. Priority Creditors | 100% |
| D. General Unsecured Creditors | 100% |

| III. FEE SUMMARY | |
|---|---|
| Gross Time | $19,267.00 |
| Gross Expenses | $1,944.25 |
| Subtotal - Gross Fees | $21,211.25 |
| Less Voluntary Fee Reductions | $0.00 |
| Less Voluntary Expense Reductions | $0.00 |
| Less Total Fees Allowed to Date | $0.00 |
| Less Total Retainer (if applicable) | $6,750.00 |
| Less Total Holdback (if applicable) | $0.00 |
| Less Other Amount Received by Applicant | $0.00 |
| **Net Amount Requested** | **$14,461.25** |

| IV. EXPENSE SUMMARY | Rate | Charge |
|---|---|---|
| Fees, Filing | Actual Cost | $1,738.00 |
| Fees, Other | Actual Cost | $4.00 |
| Pacer | Actual Cost | $8.60 |
| Photocopies - Fee per Page | $0.20 | $153.40 |
| Postage | Actual Cost | $40.25 |
| | Total: | $1,944.25 |

| V. AVERAGE HOURLY RATES | Attorney / Accountant | Paralegal / Clerical |
|---|---|---|
| Highest Rate | $395 | $175 |
| Lowest Rate | $250 | $95 |
| Gross Fees Charges | $13,827.00 | $5,440.00 |
| Gross Hours Billed | 36.1 | 40.2 |
| Average Rate | $383.02 | $135.32 |

| VI. PERSONS PROVIDING SERVICE | | Attorney Rate | Non-Attorney Rate |
|---|---|---|---|
| Joyce W. Lindauer | Attorney | $395 | |
| Kerry Alleyne | Associate Attorney | $300 | |
| Guy Holman | Associate Attorney | $250 | |
| Dian Gwinnup | Paralegal | | $125-175 |
| Lawrence Boyd | Law Clerk | | $150 |
| David Lindauer | Analyst | | $95 |

| VII. ACTIVITY SUMMARY | Time (Hours) |
|---|---|
| Case Administration | 9.7 |
| Claim Issues | 0.3 |
| Confirmation Activities | 6.6 |
| Creditors Meeting | 5.1 |
| Debtor Interview | 2.5 |
| Employment Matters | 1.6 |
| Foreclosure | 0.6 |
| Insurance Issues | 0.5 |
| Monthly Operating Reports | 2.4 |
| Petition / Initial Filing | 1.2 |
| Plan and Disclosure Statement | 23.3 |
| Sale | 0.2 |
| Schedules and Statement of Affairs | 6.4 |
| Settlement | 0.5 |
| Stay Issues | 15.7 |
| **Total:** | **76.6** |

| VIII. EXPENSE DETAIL | | | | | | |
|---|---|---|---|---|---|---|
| | Quantity | Price | Charge | Trans Date | Activity | Description |
| | 1 | $1,738.00 | $1,738.00 | 2/1/2021 | Filing Fee | Chapter 11 voluntary petition. |
| | 75 | $0.20 | $15.00 | 2/4/2021 | Photocopies | |
| | 16 | $0.20 | $3.20 | 2/4/2021 | Photocopies | |
| | 2 | $0.51 | $1.02 | 2/4/2021 | Postage | |
| | 15 | $0.51 | $7.65 | 2/5/2021 | Postage | |
| | 2 | $1.00 | $2.00 | 2/12/2021 | Fees, Other | Texas Secretary of State Fees |

| | | | | | | | Qty | Rate | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 | $1.00 | $2.00 | 2/12/2021 | Fees, Other | Texas Secretary of State Fees |
| | | | | | | | 3 | $0.51 | $1.53 | 2/25/2021 | Postage | |
| | | | | | | | 1 | $0.90 | $0.90 | 2/28/2021 | Pacer | |
| | | | | | | | 75 | $0.20 | $15.00 | 3/15/2021 | Photocopies | |
| | | | | | | | 15 | $0.51 | $7.65 | 3/15/2021 | Postage | |
| | | | | | | | 377 | $0.20 | $75.40 | 3/24/2021 | Photocopies | |
| | | | | | | | 1 | $0.50 | $0.50 | 3/31/2021 | Pacer | |
| | | | | | | | 224 | $0.20 | $44.80 | 4/26/2021 | Photocopies | |
| | | | | | | | 16 | $1.40 | $22.40 | 4/26/2021 | Postage | |
| | | | | | | | 1 | $2.00 | $2.00 | 4/30/2021 | Pacer | |
| | | | | | | | 1 | $3.30 | $3.30 | 5/31/2021 | Pacer | |
| | | | | | | | 1 | $0.70 | $0.70 | 7/31/2021 | Pacer | |
| | | | | | | | 1 | $1.20 | $1.20 | 11/30/2021 | Pacer | |
| **Subtotal - Expenses** | | | | | | | | | **$1,944.25** | | | |

| **IX. ACTIVITY DETAIL** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | | | 0.3 | $125.00 | | | | | $37.50 | 2/1/2021 | Foreclosure | Notify counsel for secured lender of bankruptcy filing and to cancel foreclosure on February 2 (0.3) |
| Dian Gwinnup | | | 1.2 | $125.00 | | | | | $150.00 | 2/1/2021 | Petition | Calls with client and begin preparation of case (0.2); prepare and file petition, matrix, 20 largest unsecured and attorney compensation disclosure (1.0) |
| Dian Gwinnup | | | 0.2 | $125.00 | | | | | $25.00 | 2/3/2021 | Employment Activities | Revise application to employ Joyce W. Lindauer Attorney, PLLC and affidavits in support |
| Dian Gwinnup | | | 0.3 | $125.00 | | | | | $37.50 | 2/4/2021 | Case Administration | Review file and calendar deadlines |
| Dian Gwinnup | | | 0.5 | $125.00 | | | | | $62.50 | 2/4/2021 | Debtor Interview | Emails to client regarding small business documents needed (0.2); email to client regarding initial debtor interview and work on documents for same (0.3) |
| Dian Gwinnup | | | 0.5 | $125.00 | | | | | $62.50 | 2/4/2021 | Employment Activities | Finalize, file and serve application to employ Joyce W. Lindauer Attorney, PLLC |
| Dian Gwinnup | | | 0.7 | $125.00 | | | | | $87.50 | 2/5/2021 | Debtor Interview | Call with client and accountant re: information needed for debtor interview (0.4); prepare affidavit regarding tax returns and forward to client's for signature (0.3). |
| Dian Gwinnup | | | 0.5 | $125.00 | | | | | $62.50 | 2/5/2021 | Schedules & SoFA | Work on schedules and SOFA and forward to clients for review and completion (0.5) |
| Dian Gwinnup | | | 0.5 | $125.00 | | | | | $62.50 | 2/8/2021 | Case Administration | File affidavit regarding balance sheet, statement of operations, and cash flow statement (0.3); redact and file 2019 tax return (0.2) |
| Joyce W. Lindauer | | | 0.3 | $395.00 | | | | | $118.50 | 2/8/2021 | Case Administration | Work on personal matters with clients |
| Joyce W. Lindauer | | | 0.3 | $395.00 | | | | | $118.50 | 2/8/2021 | Case Administration | Telephone conversation with Jeff Caruth regarding status of property |
| Joyce W. Lindauer | | | 0.2 | $395.00 | | | | | $79.00 | 2/8/2021 | Sale/Purchase | Work with possible sale |
| Dian Gwinnup | | | 0.2 | $125.00 | | | | | $25.00 | 2/9/2021 | Debtor Interview | Emails to clients re: information needed for debtor interview (0.1); forward conference call information for same to clients and Sam Baker at the US Trustee's Office (0.1) |

| Name | Hours | Rate | | | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.4 | $125.00 | | | $50.00 | 2/10/2021 | Debtor Interview | Call with clients regarding initial debtor interview (0.2); review file with Guy Holman prior to initial debtor interview (0.2) |
| Guy Holman | 0.7 | $250.00 | | | $175.00 | 2/10/2021 | Debtor Interview | Attend Initial Debtor Interview |
| Dian Gwinnup | 1.0 | $125.00 | | | $125.00 | 2/12/2021 | Schedules & SoFA | Revise schedules and statement of financial affairs and forward to client for review |
| Dian Gwinnup | 0.5 | $125.00 | | | $62.50 | 2/16/2021 | Schedules & SoFA | Finalize and file motion to extend deadline to file schedules and related documents |
| Dian Gwinnup | 0.6 | $125.00 | | | $75.00 | 2/17/2021 | Schedules & SoFA | Review email from client and update schedules (0.2); calls with client and accountant regarding information needed to complete schedules and SOFA (0.4) |
| Dian Gwinnup | 0.2 | $125.00 | | | $25.00 | 2/18/2021 | Insurance Issues | Emails to clients regarding listing US Trustee as notice party on the insurance and forward proof of insurance to US Trustee |
| Dian Gwinnup | 1.0 | $125.00 | | | $125.00 | 2/18/2021 | Schedules & SoFA | Revise SOFA and forward to clients for review (0.8); call and emails with clients regarding same (0.2) |
| Dian Gwinnup | 1.3 | $125.00 | | | $162.50 | 2/19/2021 | Schedules & SoFA | Call and emails with clients re: information needed to finalize schedules and SOFA, revise same, and file same and amended list of 20 list of unsecured creditors |
| Joyce W. Lindauer | 0.2 | $395.00 | | | $79.00 | 2/19/2021 | Case Administration | Work on emails with client |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 2/19/2021 | Schedules & SoFA | Review schedules and statement of financial affairs |
| Dian Gwinnup | 0.5 | $125.00 | | | $62.50 | 2/21/2021 | Schedules & SoFA | Revise application to employ accountant, affidavit in support and order granting same and email to accountant regarding information needed |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 2/22/2021 | Case Administration | Work on hotel repairs issue. |
| Guy Holman | 1.3 | $250.00 | | | $325.00 | 2/26/2021 | Creditors Meeting | Preparation for 341, attend 341 meeting by Zoom |
| Dian Gwinnup | 0.5 | $125.00 | | | $62.50 | 3/2/2021 | Schedules & SoFA | Call and email from client regarding CenturyLink (0.1); prepare and forward notice of bankruptcy case filing to counsel for Schedule F and forward to client for review and signature (0.2) |
| Dian Gwinnup | 0.3 | $125.00 | | | $37.50 | 3/5/2021 | Case Administration | Forward notice of bankruptcy case filing to Golden Malted |
| Dian Gwinnup | 0.9 | $125.00 | | | $112.50 | 3/15/2021 | Employment Activities | Revise and file application to employ Joyce W. Lindauer Attorney, PLLC, affidavits in support and order granting same |
| Larry Boyd | 0.8 | $150.00 | | | $120.00 | 3/15/2021 | Stay Issues | Meeting with client re: nature of response to Lender / seller motion for relief from stay |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 3/15/2021 | Stay Issues | Work on response to motion to lift stay. |
| Larry Boyd | 0.6 | $150.00 | | | $90.00 | 3/17/2021 | Stay Issues | Response and objection to motion for relief from stay of lender |
| Larry Boyd | 5.9 | $150.00 | | | $885.00 | 3/18/2021 | Stay Issues | Complete response and objection to lender motion for relief from stay and revisions to same |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 3/18/2021 | Stay Issues | Work on response to lift stay. |

| Name | Hours | Rate | | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 1.6 | $125.00 | | $200.00 | 3/22/2021 | Stay Issues | Revise witness and exhibit list (0.4); gather exhibits for same (1.0); file witness and exhibit list and related exhibits (1.2) |
| Larry Boyd | 3.6 | $150.00 | | $540.00 | 3/22/2021 | Stay Issues | Meeting with client team; review of file of produced docs; draft witness and exhibit list |
| Joyce W. Lindauer | 1.0 | $395.00 | | $395.00 | 3/22/2021 | Stay Issues | Work on exhibit and witness list |
| Dian Gwinnup | 0.2 | $125.00 | | $25.00 | 3/23/2021 | MOR & Other Operating Reports | File operating report for February 2021 |
| Dian Gwinnup | 0.2 | $125.00 | | $25.00 | 3/24/2021 | Stay Issues | Review and download exhibits of Shri Ganeshay for March 25 hearing |
| Joyce W. Lindauer | 1.0 | $395.00 | | $395.00 | 3/24/2021 | Stay Issues | Prepare for stay hearing |
| Dian Gwinnup | 0.2 | $125.00 | | $25.00 | 3/25/2021 | Case Administration | Forward dial-in information to client for March 25 hearing |
| Joyce W. Lindauer | 3.2 | $395.00 | | $1,264.00 | 4/12/2021 | Plan and Disclosure Statement | Review documents, claims and pleadings and draft plan of reorganization and disclosure statement |
| Joyce W. Lindauer | 0.3 | $395.00 | | $118.50 | 4/13/2021 | Plan and Disclosure Statement | Work on plan |
| Joyce W. Lindauer | 5.8 | $395.00 | | $2,291.00 | 4/13/2021 | Plan and Disclosure Statement | Additional review of documents, claims and pleadings and draft plan of reorganization and disclosure statement |
| Joyce W. Lindauer | 1.2 | $395.00 | | $474.00 | 4/15/2021 | Plan and Disclosure Statement | Work on plan and disclosure statement |
| Joyce W. Lindauer | 1.6 | $395.00 | | $632.00 | 4/15/2021 | Plan and Disclosure Statement | Review documents, claims and pleadings and draft plan of reorganization and disclosure statement |
| Dave Lindauer | 0.2 | $95.00 | | $19.00 | 4/19/2021 | Case Administration | Prepare projections exhibit |
| Dian Gwinnup | 1.3 | $125.00 | | $162.50 | 4/19/2021 | Plan and Disclosure Statement | Finalize and file debtor's combined plan and disclosure statement |
| Joyce W. Lindauer | 0.3 | $395.00 | | $118.50 | 4/19/2021 | Plan and Disclosure Statement | Draft projections |
| Joyce W. Lindauer | 2.5 | $395.00 | | $987.50 | 4/19/2021 | Plan and Disclosure Statement | Draft plan and disclosure statement with projections |
| Joyce W. Lindauer | 0.3 | $395.00 | | $118.50 | 4/19/2021 | Plan and Disclosure Statement | Continue work on plan |
| Dian Gwinnup | 0.3 | $125.00 | | $37.50 | 4/20/2021 | MOR & Other Operating Reports | Email to client regarding status of operating report and file operating report for March 2021 |
| Dian Gwinnup | 0.2 | $125.00 | | $25.00 | 4/23/2021 | Case Administration | Forward documents and information needed to open a DIP account to client |
| Dian Gwinnup | 0.6 | $125.00 | | $75.00 | 4/26/2021 | Plan and Disclosure Statement | Serve plan, order conditionally approving disclosure statement and setting confirmation hearing, and ballot |
| Joyce W. Lindauer | 0.2 | $395.00 | | $79.00 | 4/29/2021 | Case Administration | Work on inspection |
| Joyce W. Lindauer | 0.2 | $395.00 | | $79.00 | 5/3/2021 | Case Administration | Trade emails with client regarding pending matters |
| Dian Gwinnup | 0.2 | $125.00 | | $25.00 | 5/18/2021 | Confirmation | Revise and file certificate of service regarding plan, order setting confirmation hearing, and ballot |
| Dian Gwinnup | 0.2 | $125.00 | | $25.00 | 5/20/2021 | MOR & Other Operating Reports | File operating report for April 2021 |
| Larry Boyd | 3.8 | $150.00 | | $570.00 | 5/25/2021 | Creditors Meeting | Contact client for Century Link account number; Research and contact 4 unsecured creditors to solicit ballot responses |
| Joyce W. Lindauer | 0.3 | $395.00 | | $118.50 | 5/25/2021 | Confirmation | Work on continuing hearings |
| Joyce W. Lindauer | 0.3 | $395.00 | | $118.50 | 5/26/2021 | Confirmation | Work on objections. |
| Larry Boyd | 0.8 | $150.00 | | $120.00 | 5/27/2021 | Confirmation | Outline objection to confirmation and Disclosure Statement |
| Joyce W. Lindauer | 0.3 | $395.00 | | $118.50 | 5/30/2021 | Claim Issues | Review Shri Ganeshy proof of claim |

| Name | Hours | Rate | | | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 2.9 | $395.00 | | | $1,145.50 | 5/31/2021 | Plan and Disclosure Statement | Review Shri Ganeshy objection to plan and disclosure statement and draft amendments in response |
| Joyce W. Lindauer | 0.8 | $395.00 | | | $316.00 | 6/1/2021 | Confirmation | Draft response to objection to plan confirmation |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 6/8/2021 | Plan and Disclosure Statement | Work on plan revisions. |
| Dian Gwinnup | 0.1 | $125.00 | | | $12.50 | 6/21/2021 | MOR & Other Operating Reports | Email to client regarding status of May 2021 monthly operating report |
| Dian Gwinnup | 0.2 | $125.00 | | | $25.00 | 6/22/2021 | MOR & Other Operating Reports | File operating report for May 2021 |
| Dian Gwinnup | 0.2 | $125.00 | | | $25.00 | 7/21/2021 | MOR & Other Operating Reports | Review and file monthly operating report for June 2021 |
| Kerry Alleyne | 1.0 | $300.00 | | | $300.00 | 7/27/2021 | Confirmation | Attend hearings on lift stay and confirmation; announce continuance; approve order. |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 7/28/2021 | Confirmation | Work on continuing hearings |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 8/9/2021 | Case Administration | Work on proposal of case |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 8/9/2021 | Plan and Disclosure Statement | Work plan terms and offer |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 8/10/2021 | Settlement Agreement/Activity | Work on settlement proposal |
| Dian Gwinnup | 0.2 | $125.00 | | | $25.00 | 8/16/2021 | Case Administration | Email clients regarding unpaid US Trustee quarterly |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 8/19/2021 | Insurance Issues | Work on pending matters - insurance etc. |
| Dian Gwinnup | 0.2 | $125.00 | | | $25.00 | 8/20/2021 | MOR & Other Operating Reports | Review and file operating report for July 2021 |
| Larry Boyd | 0.3 | $150.00 | | | $45.00 | 9/7/2021 | Foreclosure | Left message for EK Carter re: Sheriff sale of Pine Road QuickStop.  Call with client re: bk option and effects of foreclosure sale. |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 9/17/2021 | Case Administration | Work on continuance |
| Dian Gwinnup | 0.2 | $125.00 | | | $25.00 | 9/21/2021 | MOR & Other Operating Reports | Review and file operating report for August 2021 |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 9/21/2021 | Case Administration | Work on pending matters and upcoming hearing |
| Kerry Alleyne | 0.5 | $300.00 | | | $150.00 | 10/6/2021 | Case Administration | Prepare 1111b analysis |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 10/6/2021 | Case Administration | Work on 1111(b) analysis |
| Joyce W. Lindauer | 0.2 | $395.00 | | | $79.00 | 10/6/2021 | Case Administration | Telephone conversation with Nick Patel |
| Joyce W. Lindauer | 0.2 | $395.00 | | | $79.00 | 10/6/2021 | Case Administration | Work on calls from clients |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 10/6/2021 | Case Administration | Continued work on 1111(b) analysis |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 10/8/2021 | Case Administration | Review email from Mehul (0.2);  call to Nick Patel (0.1) |
| Dian Gwinnup | 0.1 | $125.00 | | | $12.50 | 10/20/2021 | MOR & Other Operating Reports | Email with client regarding operating report |
| Dian Gwinnup | 0.3 | $125.00 | | | $37.50 | 10/21/2021 | MOR & Other Operating Reports | File operating report for September 2021 |
| Dian Gwinnup | 1.2 | $125.00 | | | $150.00 | 11/11/2021 | Confirmation | Prepare and file ballot tally (0.5);  prepare and file witness and exhibit list and related exhibits for November 16 confirmation hearing (0.7) |
| Joyce W. Lindauer | 0.8 | $395.00 | | | $316.00 | 11/12/2021 | Plan and Disclosure Statement | Work on agreed plan terms and settlement. |
| Dian Gwinnup | 0.5 | $175.00 | | | $87.50 | 11/15/2021 | Plan and Disclosure Statement | Work on, finalize and file first modification to plan |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 11/15/2021 | Plan and Disclosure Statement | Work on plan confirmation |
| Joyce W. Lindauer | 0.5 | $395.00 | | | $197.50 | 11/15/2021 | Plan and Disclosure Statement | Work on plan modification |
| Dian Gwinnup | 0.2 | $175.00 | | | $35.00 | 11/16/2021 | Confirmation | File ballot tally |
| Joyce W. Lindauer | 0.7 | $395.00 | | | $276.50 | 11/16/2021 | Confirmation | Attend confirmation hearing (0.5);  work on orders (0.2) |
| Dian Gwinnup | 0.3 | $175.00 | | | $52.50 | 11/19/2021 | Confirmation | Work on confirmation order |
| Joyce W. Lindauer | 0.3 | $395.00 | | | $118.50 | 11/29/2021 | Confirmation | Work on confirmation order |
| Dian Gwinnup | 0.2 | $175.00 | | | $35.00 | 11/30/2021 | Confirmation | Revise confirmation order |

| Timekeeper | Hours | Rate | Charge | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.1 | $175.00 | $17.50 | 11/30/2021 | MOR & Other Operating Reports | Email to client regarding status of October operating report |
| Dian Gwinnup | 0.3 | $175.00 | $52.50 | 12/1/2021 | MOR & Other Operating Reports | Review and file operating report for October 2021 |
| Dave Lindauer | 0.3 | $95.00 | $28.50 | 12/29/2021 | Case Administration | Compile data for fee exhibit |
| Dave Lindauer | 1.5 | $95.00 | $142.50 | 2/24/2022 | Case Administration | Prepare fee exhibit A |
| Dian Gwinnup | 0.6 | $125.00 | $75.00 | 2/25/2022 | Case Administration | Draft fee motion and related documents |
| Joyce W. Lindauer | 0.3 | $395.00 | $118.50 | 2/25/2022 | Case Administration | Review and revise draft fee application |
| Dian Gwinnup | 0.7 | $125.00 | $87.50 | 3/1/2022 | Case Administration | Finalize, file and serve fee application. |
| **Timekeeper** | **Hours** | **Rate** | **Charge** | **Trans Date** | **Activity** | **Description** |
| **Subtotal - Time** | **76.3** | | **$ 19,267.00** | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 21-40166<br>Eastern District of Texas<br>Sherman<br>Tue Mar  1 16:10:14 CST 2022 | Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Booking, com B.V.<br>PO Box 1639<br>1000 BP Amsterdam<br> The Netherlands |
| Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015-2936 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Expedia Group<br>1111 Expedia Group Way W.<br>Seattle, WA 98119-1111 | Guy Harvey Holman<br>Guy Harvey Holman, PLLC<br>8330 Lyndon B Johnson Fwy<br>Suite B646<br>Dallas, TX 75243-1166 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas 75242-1100 | Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 | Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Shri Ganeshay, LLC<br>c/o Amy B. Thomas<br>Haley & Olson<br>100 N. Ritchie Rd., Suite 200<br>Waco, TX 76712-8517 | Shri Ganeshay, LLC<br>c/o Jeff Carruth<br>WEYCER, KAPLAN, PULASKI & ZUBER, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, Texas 76015-2936 | Shrungi LLC<br>1333 W. McDermott Dr., Suite 150<br>Allen, TX 75013-3088 |
| Kerry Simmons<br>1412 Main Street, Suite 500<br>Dallas, TX 75202-4042 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| U. S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 | U. S. Trustee's Office<br>110 N. College Street<br>Suite 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Waste Conections Lone Star, Inc<br>PO Box 819<br>Iowa Park, TX 76367-0819 |
| Wise County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Wise County Tax Office<br>404 W Walnut<br>Decatur, TX 76234-1372 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Booking, com B.V.
PO Box 1639
1000 BP Amsterdam
The Netherlands

(d)Expedia Group
1111 Expedia Group Way W.
Seattle, WA 98119-1111

(d)Waste Conections Lone Star, Inc
PO Box 819
Iowa Park, TX 76367-0819

(d)Wise County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(d)Wise County Tax Office
404 W Walnut
Decatur, TX 76234-1372

End of Label Matrix
Mailable recipients    25
Bypassed recipients     5
Total                  30