IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHRUNGI LLC | § | CASE NO. 21-40166-btr |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION TO APPROVE PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

CAME ON FOR CONSIDERATION the First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel (the "Motion") filed by Shrungi LLC ("Debtor"), debtor in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21) day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order. It is, therefore

**ORDERED, ADJUDGED AND DECREED** that the First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel filed by Debtor on March 1, 2022, is hereby **GRANTED**. It is further

**ORDERED, ADJUDGED AND DECREED** that the Applicant, Joyce W. Lindauer Attorney, PLLC, is awarded the sum of $19,267.00 in compensation for professional fees and $1,944.25 in expenses in connection with the bankruptcy case of Shrungi LLC (less the retainer received of $6,750.00) as an allowed administrative claim in its estate pursuant to 11 U.S.C.

Order Granting First and Final Application to Approve
Payment of Fees and Expenses of Debtor's Counsel
Page 1

§ 503(b)(1)(A) and § 507(a)(1) for a net allowance due from Debtor and the estate of $14,461.25.

It is further

    SIGNED:

Submitted by:
Joyce W. Lindauer
State Bar no. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Attorneys for Debtor

Order Granting First and Final Application to Approve
Payment of Fees and Expenses of Debtor's Counsel
Page 2